# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:19-cr-00436-SI-42** |
| **Plaintiff,** | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **v.** | |
| **EDUIN JOEL BONILLA-ARRAZOLA,** | |
| **Defendant.** | |

This matter is before the Court on the defendant's unopposed motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the motion and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served for the reasons stated in the defendant's motion. The effective date shall be five days after the entry of an amended judgment in order to permit time for Immigration and Customs Enforcement to arrange for the defendant to be transferred to its custody. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community and is consistent with Sentencing Commission policy statements and the totality of the circumstances.

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

The Court therefore GRANTS the Motion to Reduce Sentence to time served.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment to time served, effective 72 hours after the entry of the amended judgment, with all conditions of supervised release remaining the same.

Dated this  29th  day of June, 2022.

The Honorable Michael H. Simon
United States District Judge for the
District of Oregon

Page 2   ORDER GRANTING MOTION TO REDUCE SENTENCE